# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Catherine Louise Stagg
Attorney at Law
426 Kirby Street, Ste A
Lake Charles LA 70601

Douglas K. Hall
Attorney at Law
901 Lakeshore Drive, #700
Lake Charles LA 70629

P. J. M.
Holmstead Ship Yard
904 W. Prien Lake Rd.
Lake Charles LA 70601

**REHEARING ACTION: January 26, 2011**

**Docket Number: 10   00842-JAC consolidated with 841-JAC**

**STATE IN THE INTEREST OF J. Y. M.**

**Appealed from Calcasieu Parish Case No. 22983 C/W 22261**

**BEFORE JUDGES:**

Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **P. J. M.** has this day been

**DENIED.**

cc: Robert John Elliott, Counsel for the Appellee
Stacey C. Naquin, Counsel for the Appellee
Elizabeth Thornhill, Counsel for the Appellee
Edward M. Nichols, Jr., Counsel for the Appellee